The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TO-UYEN NGUYEN LE, et. al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ELAINE DUKE, et al.,<br><br>　　　　　　　　　Defendants. | No. C17-1223<br><br>JOINT STIPULATION AND <s>[proposed]</s> ORDER TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>Today |

## **JOINT STIPULATION**

The parties, through their undersigned counsel, hereby stipulate and jointly move the Court for an order dismissing this action with prejudice.

The parties agree that Plaintiffs' complaint seeks adjudication of Plaintiffs' Application for Permanent Resident Status (I-485) and Petition for Alien Relative (I-130). Dkt. No. 1.

The parties agree that U.S. Citizenship and Immigration Services adjudicated both of these applications on January 2, 2018.

The parties agree that the adjudication rendered this action moot and Plaintiffs' complaint should be dismissed with prejudice.

JOINT STIPULATION AND ORDER TO DISMISS- 1
(C17-1223-JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

2 SO STIPULATED.

3 Dated this 15th day of February, 2018.

```
 1
 2   SO STIPULATED.
 3   Dated this 15th day of February, 2018.
 4
 5
 6   _____
 7   GRANT T. MANCLARK, WSBA #42719
     GARY GROTZ LAW FIRM
 8   1207 S. Jackson Street
 9   Seattle, WA 98144
     Phone: (206) 625-0655
10   E-mail: Grant@grotzlaw.com
11   Attorney for Plaintiffs

12
     SO STIPULATED.
13
     Dated this 20th day of February, 2018.
14
15

16   ANNETTE L. HAYES
     United States Attorney
17
18
     /s Kristin B. Johnson
19   _____
     KRISTIN B. JOHNSON, WSBA #28189
20   Assistant United States Attorney
     700 Stewart Street, Suite 5220
21   Seattle, WA 98101-1271
     Tel: (206) 553-7970
22   Fax: (206) 553-4073
     E-mail: kristin.b.johnson@usdoj.gov
23   Attorney for the United States
24
25
26
27
28
```

JOINT STIPULATION AND ORDER TO DISMISS- 2
(C17-1223-JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

SO STIPULATED.

Dated this 15th day of February, 2018.

_____
GRANT T. MANCLARK, WSBA #42719
GARY GROTZ LAW FIRM
1207 S. Jackson Street
Seattle, WA 98144
Phone: (206) 625-0655
E-mail: Grant@grotzlaw.com
Attorney for Plaintiffs

SO STIPULATED.

Dated this 15th day of February, 2018.

ANNETTE L. HAYES
United States Attorney

_____
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel: (206) 553-7970
Fax: (206) 553-4073
E-mail: kristin.b.johnson@usdoj.gov
Attorney for the United States

JOINT STIPULATION AND ORDER TO DISMISS- 2
(C17-1223-JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## ORDER

The Court, having reviewed the pleadings and materials in this case, hereby ORDERS that:

This action is DISMISSED with prejudice and without costs or attorney fees.

DATED this <u>20th</u> day of <u>February</u>, 2018.

<u>/s/ James L. Robart</u>
JAMES L. ROBART
United States District Judge

JOINT STIPULATION AND ORDER TO DISMISS- 3
(C17-1223-JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970